IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01830-WDM-CBS

JACK PATRICK ELLIOTT,

    Plaintiff,

v.

JEANNIE WELSCH,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate Scheduling Conference Pending Service of Process (*doc. no. 7)* and Plaintiff's Motion for an Additional Thirty Days of Time to Effect Service of Process (*doc. no. 8)* are **GRANTED**.

    Plaintiff has up to and including **February 12, 2007**, to effect service of process.

    Further, the scheduling conference set for January 8, 2007, is **VACATED** and **RESET** to **March 27, 2007, at 9:15 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to submit their respective confidential settlement memorandum and a joint proposed scheduling order on or before **March 20, 2007**.

    Parties are directed to review District of Colorado ECF Procedure V.L for instructions on submission of a proposed order.

    Parties shall e-mail ONLY the Confidential Settlement Statement in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL additional settlement materials (i.e. deposition transcripts, exhibits) are to be submitted to the court as hard copies. Counsel are directed to indicate in their email if they are submitting additional information for the court to read. Any additional material shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS". It is further

**ORDERED** that counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with FED.R.CIV.P. 26(f), as amended, D.C.COLO.LCivR 26.1, and App. F on or before **March 6, 2007**. It is further

**ORDERED** that on or before **March 20, 2007**, Parties shall comply with the mandatory disclosure requirements of FED.R.CIV.P. 26(a)(1), as amended.

The plaintiff shall notify all parties who have not yet entered an appearance of the date and time of the scheduling/planning conference, and shall provide a copy of this minute order to those parties.

**DATED:**     January 4, 2007